**Willman Alexander PORTILLO, a.k.a. William Alexander Portillo, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–70667.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 13, 2013.

Solomon O. Kanu, Esquire, Kanu & Associates, P.C., Phoenix, AZ, for Petitioner.

OIL, Richard Zanfardino, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

suitable for decision without oral argument.

MEMORANDUM **

Willman Alexander Portillo, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo questions of law. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Portillo's motion to reopen where he failed to show that his former counsel's alleged ineffective assistance prejudiced his case. *See id.* at 793–94 (prejudice results when counsel's actions may have affected the outcome of the proceedings).

Portillo's claim regarding the withdrawal of his request for voluntary departure without his consent is not supported by the record.

**PETITION FOR REVIEW DENIED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.